UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Tara Marie McGlynn,

        Defendant.

Case No. 16-cr-103 ADM/FLN

ORDER

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 5, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress statements, admissions, and answers (ECF No. 22) be **DENIED as moot**.

DATED: August 22, 2016        s/Ann D. Montgomery
                                                ANN D. MONTGOMERY
                                                United States District Court Judge